## PASTER v. NAGELSMITH.

(Supreme Court, Appellate Term. - March 5, 1900.)

BENEFICIAL ASSOCIATIONS—MEMBERSHIP—SUSPENSION.

No affirmative action on the part of a beneficial association is necessary in order to suspend a member for nonpayment of dues, where its laws provide that members in arrears for dues shall stand suspended.

Appeal from municipal court, borough of Manhattan, Seventh district.

Action by Joseph Paster against Nathan D. Nagelsmith. From a judgment for defendant, plaintiff appeals. Affirmed.

Argued before TRUAX, P. J., and DUGRO and SCOTT, JJ.

Engel & Oppenheimer, for appellant.
Sands & Waservogel, for respondent.

PER CURIAM. The plaintiff was suspended by force of section 243 of chapter 16 of the Grand Lodge Laws of the Knights of Pythias by the mere fact that he was in arrears for three months' dues. An affirmative action on the part of the defendant or of the grand lodge was unnecessary. He "stood suspended," and, by section 8 of article 5 of the By-Laws of the Republic Relief Association, he could receive no benefits until three months after his reinstatement.

Judgment affirmed, with costs.